## STATE OF CONNECTICUT *v.* MARSHALL T. HOLLOWAY

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 818 (AC 29075), is denied.

*Katherine C. Essington,* special public defender, in support of the petition.

*Adam E. Mattei,* special assistant state's attorney, in opposition.

Decided October 22, 2009

## STATE OF CONNECTICUT *v.* JUAN EASON

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 601 (AC 30420), is denied.

*Richard W. Callahan,* special public defender, in support of the petition.

*Rocco A. Chiarenza,* special deputy assistant state's attorney, in opposition.

Decided October 22, 2009